# MINUTE ORDER

Page 1

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse – 6th Floor   Date: 12/13/23   Time: 2:00 p.m.

Defendant: BILL KAPRI   J#: 18149-104   Case #: 19-20273-CR-MARTINEZ
AUSA: Elizabeth Noonan-Posada   Attorney: _____
Violation: VIOLATION OF SUPERVISED RELEASE   Surr/Arrest Date: 12/13/23   YOB: 1997

Proceeding: Initial Appearance on Superseding Petition   CJA Appt: _____
Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond: _____
Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: _____

Disposition:
- Defendant and Counsel not present
- Matter reset 12/14

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: Initial Appearance on Superseding Petition   12/14/23   2:00pm   Duty Magistrate Judge
D.A.R. 14:29:41   Time in Court: 1 Minute

s/Eduardo I. Sanchez